# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LM INSURANCE CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| PRO SERVICES, INC., | ) Case No. 2:23-cv-00802-SGC |
| Defendant/Third-Party Plaintiff, | ) |
| v. | ) |
| A. NETO AGENCY, LLC, *et al.*, | ) |
| Third-Party Defendants. | ) |

## ORDER

Presently pending are renewed motions to allow withdrawal of counsel for the defendant/third-party plaintiff, Pro Services, Inc. (Docs. 50, 51). For good cause and with new counsel having appeared on behalf of Pro Services, the motions to withdraw are **GRANTED**. The Clerk of Court is **DIRECTED** to amend the docket sheet to show that Alexandria Parrish and Maureen Cambria Evans are terminated as counsel of record.

**DONE** this 14th day of January, 2025.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE