# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **LM INSURANCE CORPORATION,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:23-CV-00802-SGC |
| | ) |
| **PRO SERVICES, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| v. | ) |
| | ) |
| **NETO AGENCY, LLC;** | ) |
| **ALBERTO NETO, Individually;** | ) |
| **FARMERS INSURANCE EXCHANGE;** | ) |
| **FARMERS INSURANCE GROUP, INC.,** | ) |
| | ) |
| **Third Party Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES NOW Douglas J. Centeno, of BENTON, CENTENO & MORRIS, LLP, and enters his appearance as additional counsel of record for the Defendant, PRO SERVICES, INC., in the above referenced action.

                                                Respectfully submitted,

                                                /s/ Douglas J. Centeno
                                                Douglas J. Centeno (asb-4507-t78d)

**OF COUNSEL**:
BENTON, CENTENO & MORRIS, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
T: (205) 278-8000

F: (205) 278-8005
dcenteno@bcattys.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January 2025, the foregoing was electronically served on all counsel of record via the Court's ECF filing system.

Joshua B. Baker, Esq.
MAYNARD COOPER & GALE PC
1901 6th Avenue North, Suite 2400
Birmingham, Alabama 35203
jbaker@maynardnexsen.com
*Attorney for Plaintiff, LM Insurance Corporation*

Alexandria Parrish, Esq.
Maurine Cambria Evans, Esq.
THE EVANS LAW FIRM
1736 Oxmoor Road
Birmingham, Alabama 35209
ap@evanslawpc.com
mevans@evanslawpc.com

Thomas Albert Kendrick, Esq.
NORMAN, WOOD, KENDRICK & TURNER
1130 22nd Street South, Suite 3000
Birmingham, Alabama 35205
tkendrick@nwkt.com
*Attorney for Third Party Defendants,
  Neto Agency, LLC and Alberto Neto*

L. Weathers Veazey Rollings, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
420 20th Street North, Suite 2200
Birmingham, Alabama 35203
wrollings@grsm.com
*Attorney for Third Party Defendants, Farmers
  Insurance Exchange and Farmers Insurance Group, Inc.*

/s/ Douglas J. Centeno
Douglas J. Centeno